1
2
3
4
5
6
7
8      **UNITED STATES DISTRICT COURT**
9      **CENTRAL DISTRICT OF CALIFORNIA**
10

11     LUIS ALBERTO FLORES,                    Case No. 2:18-cv-01595-PA-MAA

12                     Petitioner,              **ORDER ACCEPTING REPORT**
                                                **AND RECOMMENDATION OF**
13            v.                                **UNITED STATES MAGISTRATE**
                                                **JUDGE**
14     J. SULLIVAN, Warden,

15                     Respondent.

16

17          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other

18     records on file herein, and the Report and Recommendation of the United States

19     Magistrate Judge.

20          The time for filing objections has expired, and no objections have been made.

21          IT THEREFORE IS ORDERED that (1) the Report and Recommendation of

22     the Magistrate Judge is accepted; and (2) Judgment shall be entered denying the

23     Petition and dismissing this action without prejudice.

24

25     DATED:  September 10, 2020

26

27     _____
       PERCY ANDERSON
28     UNITED STATES DISTRICT JUDGE