1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **CENTRAL DISTRICT OF CALIFORNIA**
10

11   LUIS ALBERTO FLORES,                    Case No. 2:18-cv-01595-PA-MAA
12                      Petitioner,
                                              **JUDGMENT**
13            v.
14   J. SULLIVAN, Warden,
15                      Respondent.
16

17        Pursuant to the Order Accepting Report and Recommendation of the United

18   States Magistrate Judge,

19        IT IS ORDERED AND ADJUDGED that the Petition is denied and the

20   action is dismissed without prejudice.

21

22   DATED:  September 10, 2020

23

24   _____
     PERCY ANDERSON
25   UNITED STATES DISTRICT JUDGE

26

27

28